**Order filed, July 09, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00502-CR

_____

### JOSEPH  ANTHONY  SMITH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1336966**

## ORDER

The reporter's record in this case was due **July 07, 2015**.  _See_ Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record. The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Mattie Kimble**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM